IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-00002-AP**

**MATTHEW T. FANNIN,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

## ORDER

**KANE, J. ORDERS**

  In light of Plaintiff's Response to the Court's Order to Show Cause (doc. #4), filed July 1, 2011, the Order to Show Cause is **DISCHARGED**.

  DATED at Denver, Colorado this 12th day of July, 2011.

          BY THE COURT:

          *s/John L. Kane*
          JOHN L. KANE, SENIOR JUDGE
          UNITED STATES DISTRICT COURT