IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-00002-AP**

**MATTHEW T. FANNIN,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Defendant's Unopposed Motion to File Answer out of Time (doc. #8), filed September 20, 2011, is **GRANTED**. Defendant's Answer is accepted as timely filed.

Dated: September 21, 2011