IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-00002-AP

MATTHEW T. FANNIN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

___

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
___

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| K. Machelle Gielarowski, Esq.<br>712 N. Tejon St., Ste. 1<br>Colorado Springs, CO 80903<br>(719) 264-0729<br>(719) 328-1382 (fax)<br>Giellaw@comcast.net | Jessica Milano<br>Special Assistant United States Attorney<br>Assistant Regional Counsel<br>Office of the General Counsel<br>Social Security Administration<br>1001 17th Street<br>Denver, CO 80202<br>(303) 844-7136<br>(303) 844-0770 (fax)<br>jessica.milano@ssa.gov |

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  Date Complaint Was Filed:  **January 3, 2011**

    B.  Date Complaint was Served on U.S. Attorney's Office:  **July 21, 2011**

    C.  Date Answer and Administrative Record Were Filed:  **September 21, 2011**

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

7.  **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

8.  **BRIEFING SCHEDULE**

Plaintiff's attorney, because of international travel plans, requests that the time for filing a reply brief be extended one week beyond the generally proscribed 15 days after the filing of Defendant's response brief. Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A.  Plaintiff's Opening Brief:  **November 21, 2011**

    B.  Response Brief due:  **December 21, 2011**

    C.  Reply Brief due:  **January 12, 2012**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

The parties do not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.   ( )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.   ( **X** )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 12th day of October, 2011

                              BY THE COURT:

                              *s/John L. Kane*_____
                              U.S. DISTRICT COURT JUDGE

APPROVED:

*s/ K. Machelle Gielarowski, Esq.*   JOHN F. WALSH
K. Machelle Gielarowski, Esq.        United States Attorney
712 N. Tejon St., Ste. 1
Colorado Springs, CO 80903           WILLIAM G. PHARO
(719) 264-0729                       Assistant United States Attorney
(719) 328-1382 (fax)                 United States Attorney's Office
Giellaw@comcast.net                  District of Colorado


Attorney for Plaintiff               *s/ Jessica Milano*
                                     Jessica Milano
                                     Special Assistant United States Attorney
                                     1001 17th Street
                                     Denver, CO 80202
                                     (303) 844-7136
                                     (303) 844-0770 (fax)
                                     jessica.milano@ssa.gov

                                     Attorneys for Defendant

4