IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-00002-AP

MATTHEW T. FANNIN,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff:</u>

K. Machelle Gielarowski, Esq.
712 N. Tejon St., Ste. 1
Colorado Springs, CO 80903
(719) 264-0729
(719) 328-1382 (fax)
Giellaw@comcast.net

<u>For Defendant:</u>

Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This is an appeal of a Social Security benefits application.  The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.    **DATES OF FILING OF RELEVANT PLEADINGS**

     A.     Date Complaint Was Filed:   **January 3, 2011**

     B.     Date Complaint was Served on U.S. Attorney's Office:   **July 21, 2011**

     C.     Date Answer and Administrative Record Were Filed:   **September 21, 2011**

4.    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.    **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

7.    **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

8.    **BRIEFING SCHEDULE**

Plaintiff's attorney, because of international travel plans, requests that the time for filing a reply brief be extended one week beyond the generally proscribed 15 days after the filing of Defendant's response brief.  Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

     A.     Plaintiff's Opening Brief:   **November 21, 2011**

     B.     Response Brief due:   **December 21, 2011**

     C.     Reply Brief due:   **January 12, 2012**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

The parties do not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.      ( )      All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

      B.      ( **X** )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 12th  day of October, 2011

BY THE COURT:

***<u>s/John L. Kane</u>***
U.S. DISTRICT COURT JUDGE

APPROVED:

_s/ K. Machelle Gielarowski, Esq._        JOHN F. WALSH
K. Machelle Gielarowski, Esq.          United States Attorney
712 N. Tejon St., Ste. 1
Colorado Springs, CO 80903      WILLIAM G. PHARO
(719) 264-0729                Assistant United States Attorney
(719) 328-1382 (fax)          United States Attorney's Office
Giellaw@comcast.net          District of Colorado


Attorney for Plaintiff            _s/ Jessica Milano_
                        Jessica Milano
                        Special Assistant United States Attorney
                        1001 17th Street
                        Denver, CO 80202
                        (303) 844-7136
                        (303) 844-0770 (fax)
                        jessica.milano@ssa.gov

                        Attorneys for Defendant