IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00002-WYD

MATTHEW T. FANNIN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) filed April 3, 2012 (ECF No. 25) is **STRICKEN** with leave to refile. Plaintiff's Motion does not comply with D.C.COLO.LCivR 7.1A and 10.1.

    Dated April 9, 2012