IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00002-WYD

MATTHEW T. FANNIN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**ORDER**

THIS MATTER is before the Court in connection with the parties' motions regarding an award of attorney fees pursuant to the Equal Access to Justice Act. Specifically, on April 17, 2012, Plaintiff filed a Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  That motion sought an award of attorney's fees and expenses in the amount of $5745.49 to be paid directly to counsel, consisting of $5395.49 in attorney fees and $350.00 in expenses for the filing fee.  On April 30, 2012, the Commissioner filed a Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ["EAJA"].  That motion states that the parties agree that Plaintiff receive a total EAJA award of $5,000.00 in this case, including $4,650.00 in attorney fees and $350.00 in costs for the filing fee.

Having reviewed the motions and being fully advised in the premises, it is

ORDERED that the Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) filed April 30, 2012 (ECF No. 28) is **GRANTED**. Plaintiff is awarded attorney fees under the EAJA in the amount of $4,650.00 and $350.00 in costs for the filing fee as set forth in the Stipulated Motion, for a total of $5,000.00. Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel. It is

FURTHER ORDERED that in light of the foregoing, the earlier filed Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 27) is **DENIED AS MOOT**.

Dated: June 7, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge